**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                October 19, 2012

Deputy Clerk:        Nel Steffens
Court Reporter:      Tracy Weir
Interpreter:         Kenneth Hoang

**Criminal Action No.  11-cr-00422-REB**

<u>Parties</u>:                                    <u>Counsel</u>:

UNITED STATES OF AMERICA,                         M.J. Menendez

    Plaintiff,

v.

1.  HA MANH DO,                                   Harvey Steinberg
2.  HAI MANH DO,                                  Stephen Alonzi

    Defendants.

## CHANGE OF PLEA MINUTES

**10:11 a.m.    Court in session.**

Appearances of counsel.

Defendants are present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) as to each defendant are tendered to the Court.

Defendants tender Waivers of Indictment to the Court.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.  Interpreter is present to assist defendant (2) Hai Manh Do.

Defendants are sworn.

Defendant (1) Ha Manh Do is forty-nine years old, alert, competent, literate, and sober.
Defendant (2) Hai Manh do is forty-five years old, alert, competent, literate, and sober.

Defendants waive formal reading of the Information.

Defendants confirm the Court's understanding of the terms of the plea agreement.

Each defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendants are advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Each defendant withdraws his existing plea of not guilty to the offense made the subject of the plea agreement.

Defendants waive re-arraignment on Count One of the Information.

Each defendant enters plea of guilty to Count One of the Information pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

   **IT IS ORDERED** as follows**:**

   1.   That Court's Exhibits 1 and 2 as to each defendant, which state the plea agreement, are admitted in evidence;

   2.   That formal approval of the plea agreements is deferred, pending consideration of the presentence report as to each defendant;

   3.   That the plea of guilty to Count One of the Information entered by each defendant is received, accepted and approved;

   4.   That each defendant is found guilty of the crime charged in Count One of the Information;

   5.   That the Probation Department shall conduct a presentence investigation and file a presentence report as to each defendant as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6.     That defendants' counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendants' involvement and participation in the presentence investigations, and the defendants shall cooperate fully with the probation department during the pre-sentence investigations;

7.     That the matter is continued to **February 22, 2013, at 10:00 a.m.**, as to defendant (1) Ha Manh Do, and **February 22, 2013, at 11:00 a.m.**, as to defendant (2) Hai Manh Do for sentencing, at which counsel and the defendants shall appear without further notice or order;

8.     That any pending pretrial motion filed by or on behalf of the defendants is denied as moot, including, but not limited to, as to defendant (1) Ha Manh Do, documents #92, #95, #97, #99, #100, #101, #102, #104, #106, #107, #108, #118, #146, and as to defendant (2) Hai Manh Do, documents #80, #81, #82, #83, #103, #105, #109, #112, #113, #114, #115, #116, #146;

9.     That any Trial Preparation Conference and trial are vacated (as to the defendants); and

10.     That defendants are released on bond, which are continued to the sentencing hearings.

**11:06 a.m.    Court in recess.**

Total time in court:   00:55

Hearing concluded.