**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  11-cr-00422-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HA MANH DO,

        Defendant.

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

      Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

      **ORDERED** that the defendant, Ha Manh Do, be allowed to travel to The Republic of Vietnam, July 30-August 21, 2015.

      DATED at Denver, Colorado, this 15th day of July, 2015.

                                               **BY THE COURT:**

                                               Robert E. Blackburn
                                               United States District Judge